

# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-12-00208-CV

TOLL DALLAS TX, LLC                                                    APPELLANT

V.

COLLEYVILLE HOME OWNERS'                                               APPELLEE
RIGHTS ASSOCIATION, INC.

------------

FROM THE 352ND DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered appellant's "Unopposed Motion For Dismissal Without Prejudice."  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue.  *See* Tex. R. App. P. 42.1(d).

---

[1]*See* Tex. R. App. P. 47.4.

PER CURIAM

PANEL:  MCCOY, GARDNER, and MEIER, JJ.

DELIVERED:  December 13, 2012